IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

VASHTI NELSON, MICHAEL JONES, JR., and MICHAEL JONES,

    Plaintiffs,

    v.

KILOLO KIJAKAZI,

    Defendant.

CIVIL ACTION NO.: 4:20-cv-73

**O R D E R**

Before the Court is the Magistrate Judge's June 30, 2022, Report and Recommendation recommending that *pro se* plaintiffs Vashti Nelson, Michael Jones, Jr., and Michael Jones' Complaint be dismissed for their failure to prosecute this case. (Doc. 11.) The Report and Recommendation also directed Plaintiffs, if they wish to pursue this case, to "move for an extension of their briefing deadline and demonstrate good cause for the failure to meet it in the first place." (Id., p. 2, n.1.) Plaintiffs responded and requested that the case not be dismissed. (Doc. 12.) The Magistrate Judge construed the response as the directed motion for an extension of time but observed that it did not make the showing necessary to retroactively extend their deadline. (Doc. 14, pp. 2-5; see also doc. 13 (construed Motion for Extension of Time).) The Magistrate Judge then gave Plaintiffs fourteen additional days to "supplement their motion with information sufficient to demonstrate both excusable neglect and good cause for retroactively extending their deadline." (Doc. 14, p. 5.)

In his Order, the Magistrate Judge made it clear that any supplemental information must be received by the Clerk's office by the fourteenth day. (Id., p. 5, n.3.) He also made it clear

that the Report and Recommendation would remain pending unless Plaintiffs made the requisite showing within the allotted time.  (Id., pp. 5-6.)   The deadline for supplementing the Motion for Extension of Time has passed with no response from Plaintiffs.  (See generally docket.)   (Doc. 8.)   Therefore, the Plaintiffs' Motion for Extension of Time is **DENIED**.  (Doc. 13.)   After careful *de novo* review, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, (doc. 11), as its opinion.   Plaintiffs' Complaint, (doc. 1), is **DISMISSED**.   The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 22nd day of August, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA